RIDER

PLAINTIFFS

ALEX LEROY

CHRISTIAN BATISTA

KHALIFA FALL

MARIO CAMPAZ,

MOHAMED ("MOE") TAHAT

FRANCISCO DIAZ

CHARLES MORRIS

RYAN LEWIS

ANTHONY CANGEMI

MICHAEL BOSCO

GARY ABRAMS

JISOO SUN

CLAYTON TAPP

DESTINY PEREZ

ONA KELSAY

JOSEPH PETILLO

JUSTIN TAGLIAVIA

ARTHUR DUL

NICHOLAS VITALE

JOHNNY LUZINCOURT

MARGO WOODLEY

GLENDESHA MACDONALD

JESSICA WILLIAMS

RYAN PORTER

DESTINY MORENO

JAYQUAN JOHNSON

DYLAN RICHARDSON

LIONEL ALVAREZ

JURARD ST. HILLAIRE

KEVON YARD-PROVIDENCE

SIDNEY LOUIS

TROY DANIELS

REN JEFFREY

PEDERSIN PELISSIER

HENSWORTH EDWARDS

GREGORY MAUGER

PAUL SIMPSON

WILLIAM GORMAN

SEYMIAH CAMPBELL

CALVIN LUCKY

ROBERT PEARLSTEIN

MARK TURNER

JOHNNIE ENGLISH

NESTOR HERNANDEZ,

JACQUIL CAMPBELL

RAYSHAWN MOORE

SIMON VIKTORENKO

RAFAEL HERNANDEZ

JAVAAS WEBSTER

JOSE ROMAN

CODEY FORREST

DARIUS JONES

JOSHUA MARSHALL

ANDRIAN JONES

RICKY PEREZ

<u>DEFENDANTS</u>

MAYOR BILL DE BLASIO

MARCOS GONZALEZ SOLAS, Director of the Mayor's Office of Criminal Justice

DERMOT SHEA, former Commissioner of the New York City Police Department

ASSISTANT CHIEF DONNA JONES, Commanding Officer of the New York City Police Department's Criminal Justice Bureau,

JANINE GILBERT, Assistant Deputy Commissioner of the New York City Police Department

LISETTE CAMILO, Commissioner of the Department of Citywide Administrative Services

DEPUTY INSPECTOR GARFIELD MCLEOD, Commanding Officer of Brooklyn Court Section

CAPTAIN STANLEY GEORGE, Commanding Officer of Bronx Court Section

CAPTAIN NOEMA IOFFE, Commanding Officer of Manhattan Court Section

CAPTAIN MICHAEL CORBETT, Commanding Officer of Queens Court Section

LIEUTENANT CARMEN LOPERENA, Commanding Officer of Richmond County Court Section

LIEUTENANT KELLEY SEALY, former Commanding Officer of Richmond County Court Section

JOHN/JANE DOES 1-10 (unidentified officials also liable for the conditions in the City of New York's Central Booking facilities)